## HARRIS *v.* THE STATE.

BECK, P. J. This case is ruled by the decision in *Mack* v. *Westbrook, ante,* 690.          *Judgment affirmed. All the Justices concur.*

No. 858. FEBRUARY 14, 1919.

Condemnation under liquor law. Before Judge Crum. Ben Hill superior court. January 17, 1918.

*Otis H. Elkins,* for plaintiff in error.